IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30537
Conference Calendar
_____

JOHN R. BUEHLER,

                                        Plaintiff-Appellant,

versus

RICHARD STALDER; JARED MADERIES,

                                        Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-1678
---------------------

August 24, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

     John Buehler appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim for relief.  He argues that the confiscation of his driver's license by Louisiana State Police Officer Jared Maderies violated his due process rights.  Viewing Buehler's factual allegations in the light most favorable to him, he has failed to state a claim for relief.  See Spiller v. City of Texas City, Police Dep't, 130 F.3d 162, 164 (5th Cir. 1997).

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Buehler's driver's license was suspended by the State of Mississippi and Officer Maderies merely acted to enforce that prior suspension in accordance with Louisiana law. The judgment of the district court is AFFIRMED.